

Andrew K. Cuddy
acuddy@cuddylawfirm.com
Tel.: 315-370-4020 x 13
Jason H. Sterne
jsterne@cuddylawfirm.com
Tel.: 315-370-1325

PARALEGAL
Diane M. Aughtmon
daughtmon@cuddylawfirm.com
Tel.: 716-471-6280

April 28, 2015

Hon. Leslie Wells
Howard M. Metzenbaum U.S. Courthouse
201 East Superior Avenue, Room 328
Cleveland, Ohio 44114-1201

    Re:    Stasek v. Strongsville City Sch. Dist., 1:14-cv-01193
           Application to Withdraw as Counsel

Dear Judge Wells,

    I write to request permission to withdraw as counsel pursuant to Rule 83.9 of the Local Rules of this Court.  On April 27, 2015, plaintiff informed me that she was dissolving the attorney/client relationship between us and retaining new counsel, and has instructed me to withdraw as counsel in this matter. On April 28, 2015, I informed counsel for defendant and the plaintiff that I would make an application to withdraw as counsel.  Thank you for your consideration of this request.

                                                        Very truly yours,

                                                        s/ Andrew K. Cuddy

cc: Scott C. Peters, Esq. (via ECF)

---

5693 South Street Rd, Auburn, New York 13021 · Tel: (646) 957 3052 · Fax: (718) 569 6466